IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MELODY S. HOLT, | ) | CASE NO: 20-82380-CRJ-7 |
| SSN: xxx-xx-0114 | ) | |
| | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

## MOTION TO COMPEL TRUSTEE TO ABANDON EXEMPT PROPERTY

COMES NOW the Debtor, MELODY S. HOLT, and moves this court for an Order compelling the Trustee to abandon exempt property and as grounds therefore would show as follows:

1. The debtor, MELODY S. HOLT, filed his Chapter 7 Bankruptcy case on November 12, 2020. The debtor listed as an asset on Schedule "A" the real property located at: 5 Muirfield Lane Huntsville, AL 35802. The debtor has received a offer to purchase the property for $1,114,000.00 and would like to proceed with the sale.

2. The first mortgage on the real property located at 5 Muirfield Lane Huntsville, AL 35802 has an approximate payoff of $838,722.00 and the second mortgage has an approximate payoff of $98,454.00. There are also significate tax liens owed by the debtor in the approximate amount of $122,375.00. The sale of the would result in the first and second mortgages being paid off as well as a significant portion of the tax liens. The debtor will receive no proceeds directly. Attached is exhibit "A" is the estimated closing statement which details the amounts available to pay the mortgages and tax liens.

3. The debtor request that this court enter and Order Compelling the Trustee to abandon the real property located at: 5 Muirfield Lane Huntsville, AL 35802. There are no funds available from the sale of the real property which would result in any distribution of funds to unsecured creditors. The automatic stay has already lifted as to the property for the first mortgage holder to proceed with foreclosure because the Trustee was unable to sell this real property in a way that would result in any distribution for unsecured creditors. The debtor would like to proceed with the sale of the real property to avoid foreclosure as well as payoff the first and second mortgage and a significate portion of the tax liens.

WHEREFORE, THE FOREGOIN PREMISES CONSIDERED, the Debtor, MELODY S. HOLT, request that this court enter an Order compelling the Trustee to abandon the real property located at: 5 Muirfield Lane Huntsville, AL 35802 so that the debtor may proceed with the sale of the real property.

/s/ BRANDON N. SMITH
BRANDON N. SMITH
Dezenberg & Smith, PC
Attorneys for Debtor
908-C North Memorial Parkway
Huntsville, Alabama 35801
Phone: (256) 533-5097

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 1, 2021, a copy of the foregoing has been served upon the following by depositing copies of same in the United States mail, properly addressed and postage prepaid, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a Notice of Electronic Filing.

Hon. Tazwell Shepard
Chapter 7 Trustee
P.O. Box 19045
Huntsville, AL 35804

And to all Creditors listed on the Debtors' Mailing Matrix as attached hereto.

/s/ BRANDON N. SMITH
BRANDON N. SMITH
Attorney for Debtor

```
Label Matrix for local noticing          EvaBank                                Redstone Federal Credit Union
1126-8                                   1710 Cherokee Ave Sw                   c/o C. Howard Grisham
Case 20-82380-CRJ7                       Cullman, AL 35055-5333                 Post Office Box 5585
NORTHERN DISTRICT OF ALABAMA                                                    Huntsville, AL 35814-5585
Decatur
Thu Jul  1 14:22:21 CDT 2021

Synovus Bank                             U. S. Bankruptcy Court                 (p)STATE OF ALABAMA DEPARTMENT OF REVENUE
c/o D Sparks, B Hightower                400 Well Street                        P O BOX 320001
Christian & Small LLP                    P. O. Box 2775                         MONTGOMERY AL 36132-0001
1800 Financial Center                    Decatur, AL 35602-2775
505 N. 20th Street
Birmingham, AL 35203-4633

Ally Financial                           American Express                       American Express
PO Box 380901                            4315 South 2700 West                   PO Box 981537
Minneapolis, MN 55438-0901               Salt Lake City, UT 84184-0001          El Paso, TX 79998-1537

American Express National Bank           (p)APPLIED BANK                        Bank Independent
c/o Becket and Lee LLP                   PO BOX 15809                           PO Box 5000
PO Box 3001                              WILMINGTON DE 19850-5809               Sheffield, AL 35660-0137
Malvern  PA 19355-0701

Bradley R. Hightower                     Capital One                            Capital One Bank USA
Christian & Small                        PO Box 30281                           PO Box 30281
505 N. 20th St., Ste 1800 Financial Ctr  Salt Lake City, UT 84130-0281          Salt Lake City, UT 84130-0281
Birmingham, AL 35203-4633

Citibank, N.A.                           Citicards                              Comenity Bank
5800 S Corporate Pl                      P.O. Box 9001037                       P.O. Box 182273
Sioux Falls, SD  57108-5027              Louisville, KY 40290-1037              Columbus, OH 43218-2273

Credit Collection Services               Dewayne N. Morris                      Emmanuel & Ebony Stephens
PO Box 55126                             Attorney at Law                        3602 Stag Run Dr.
Boston, MA 02205-5126                    2131 Third Ave. N.                     Huntsville, AL 35810
                                         Birmingham, AL 35203-3314

Eva Bank                                 Fedloan Servicing                      Home Depot
1710 Cherokee Ave. SW                    PO Box 60610                           PO Box 6405
Cullman, AL 35055-5333                   Harrisburg, PA 17106-0610              Dallas, TX 75265

(p)INTERNAL REVENUE SERVICE              Internal Revenue Service               Kim & Larry Lewis
CENTRALIZED INSOLVENCY OPERATIONS        PO Box 7346                            PO Box 22645
PO BOX 7346                              Philadelphia, PA 19101-7346            Huntsville, AL 35814-2645
PHILADELPHIA PA 19101-7346

Lindsey W. Veazey                        Lowe's                                 Martell Holt
Couch Conville Blitt                     PO Box 530970                          5 Muirfield Ln
2024 3rd Ave, Ste 216                    Atlanta, GA 30353-0970                 Huntsville, AL 35802-1289
Birmingham, AL 35203-3320
```

Melvin & Shellie Harris
3900 Neptune Dr.
Huntsville, AL 35810-1326

Mitchell and Ann Reed
3600 Stag Run Dr.
Huntsville, AL 35810-1730

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Redstone Federal Credit Union
220 Wynn Drive
Huntsville, AL 35893-0001

Regions Bank
201 Milan Parkway
Birmingham, AL 35211-6946

Synovus Bank
301 Washington St.
Huntsville, AL 35801-4891

Synovus Bank
P O Box 11746
Birmingham, AL 35202-1746

The Ledges Community Assoc.
PO Box 18757
Huntsville, AL 35804-8757

Annie Reed
3600 Stag Run Dr. NW
Huntsville, AL 35810-1730

Brandon Nicholas Smith
Dezenberg & Smith, PC
908-C N. Memorial Pkwy.
Huntsville, AL 35801-5813

Ebony Stephens
3602 Stag Run Dr. NW
Huntsville, AL 35810

Emanuel Stephens
3602 Stag Run Dr. NW
Huntsville, AL 35810

Kevin M Morris
Sparkman, Shepard & Morris, P.C.
P. O. Box 19045
Huntsville, AL 35804-9045

Melody S. Holt
5 Muirfield Ln
Huntsville, AL 35802-1289

Melvin Harris
c/o McGrath Law Firm
P.O. Box 2469
Huntsville, AL 35031

Mitchell Reed
3600 Stag Run Dr. NW
Huntsville, AL 35810-1730

Richard M Blythe
United States Bankruptcy Administrator
PO Box 3045
Decatur, AL 35602-3045

Shellie Harris
c/o McGrath Law Firm
P.O. Box 2469
Huntsville, AL 35031 United States

Tazewell Shepard
Tazewell Shepard, Trustee
PO Box 19045
Huntsville, AL 35804-9045

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alabama Department of Revenue
Legal Division
PO Box 320001
Montgomery, AL 36132-0001

Applied Bank
4700 Exchange Court
Boca Raton, FL 33431

Internal Revenue Service
PO Box 69
Memphis, TN 38101-0069


End of Label Matrix
Mailable recipients    49
Bypassed recipients     0
Total                  49



# ESTIMATED CLOSING STATEMENT

LAW REQUIRES THAT BOTH PURCHASER AND SELLER ACKNOWLEDGE RECEIPT OF THE RESPECTIVE CLOSING STATEMENT

| NAME | Holt | | | PURCHASER [X] | SELLER [X] | Contract Date | 30-Jun-21 |
|---|---|---|---|---|---|---|---|
| PROPERTY ADDRESS | 5 Muirfield | | Huntsville | Alabama | 35803 | Purchase Price | $ 1,114,000 |
| [X] New Loan — Type | Conv | Interest Rate 4.000% | Years 30 | Mnthly. Pmnt. | $5,318.41 | —>Down Payment | $ - |
| No PMI? | | | Y | Earnest Money | $500.00 | Fin.MIP/VA/Guarantee Fee | $ - |
| | | | | | | Loan Amount | $ 1,114,000 |

### ESTIMATED CLOSING COSTS     Closing Date: 7/30/2021

| | | | | | BUYER | SELLER |
|---|---|---|---|---|---|---|
| 703 | Brokerage Fee | 6.00% | | | $ | $ 66,840 |
| 1105 | Document Preparation Fee (Deed) | | | | $ | $ 125 |
| 510/511 | Tax Proration  8 Months @ $ 534.43 Per Month | Homestead? Y/N Y | | | $ | $ 4,275 |
| 1108 | Title Insurance plus Binder Fee  $3,537  1/2 each (per contract) = $1,769 | | | | $ 1,769 | $ 1,769 |
| 1302 | Wood Infestation Report | | | | $ 125 | $ |
| 800 | Tax Service Fee | | | | $ 35 | $ |
| 800 | Underwriter's Fee | | | | $ 450 | $ |
| 1300 | Express Mail (Package or Payoff) | | | | $ 50 | $ |
| 805 | Lender's Re-inspection Fee | | | | $ 100 | $ |
| 803 | Appraisal Fee (Paid by Buyer at time of Loan Application) $350-$475 | | | | $ 450 | $ |
| 1102 | Title Search Fee | Settlement Charges: | | | $ 175 | $ |
| 1103/1107 | Title Examination/Attorney's Fee | 1.53% Buyer Paid: $ 17,009 | | | $ 825 | $ |
| 804 | Credit Report (Paid by Buyer at time of Loan Application) | 0 Seller Paid: $ - | | | $ 50 | $ |
| 800 | Lender's Document Preparation Fee | 1.53% Prepaids: $ 5,968 | | | $ 35 | $ |
| 1301 | Survey (may not be required by Lender) | Escrows: $ 4,606 | | | $ | $ |
| 800 | Flood Certification Fee 2.48% | Negotiable Settlement Charges: $ 27,584 | | | $ 20 | $ |
| 800 | Bond Applic./Prepaid MIP | | | | $ | $ |
| 801 | Loan Origination Fee | Total Seller Paid $ - | | | $ 11,140 | $ |
| 1200 | Deed / Mortgage Recording Fees 2.48% | Total Buyer Paid $ 27,584 | | | $ 57 | $ |
| 1200 | State Tax / Stamps | | | | $ 1,728 | $ |
| 1304 | Home Warranty (Not a Settlement Charge) | | | | $ | $ |
| 1305 | Power of Attorney fee if requested by Buyer/Seller (Not a Settlement Charge) | | | | $ | $ |
| 1306 | Homeowner's Association Fee | | | | $ | $ |
| | Seller Contribution and Buyer Credit towards Buyer's Settlement Charges (Para. 2) | | | | $ | $ |
| | Redstone | | | | $ | $ 2,269 |
| | | | | TOTAL ESTIMATED CLOSING COSTS | $ 17,009 | $ 75,278 |

### ESTIMATED PREPAID ITEMS

| 802 | Loan Discount Fee (Points) | | $ | $ |
|---|---|---|---|---|
| 902 | VA, MIP, PMI or other Upfront Funding Fees | | $ | $ |
| 903 | First Year Hazard Insurance | | $ 5,849 | $ |
| 904 | First Year Flood Insurance $ - | | $ | $ |
| 901 | Interest 1 days @ $119.94 per day | | $ 120 | $ |
| | | | $ | $ |
| | TOTAL ESTIMATED PREPAID ITEMS | | $ 5,968 | $ |

### ESTIMATED LENDER REQUIRED ESCROW DEPOSITS

| 902 | MIP, PMI 2 Months @ $ 770.52 per month | $ 1,541 | $ |
|---|---|---|---|
| 1001 | Hazard Insurance 3 months @ $ 487.38 per month | $ 1,462 | $ |
| 1003/1004 | Property Taxes 3 months @ $ 534.43 per month | $ 1,603 | $ |
| 1006 | Flood Insurance months @ $ - per month | $ | $ |
| | | $ | $ |
| | TOTAL ESTIMATED ESCROW DEPOSITS | $ 4,606 | $ |
| | TOTAL ESTIMATED CLOSING, PREPAIDS, ESCROW DEPOSITS | $ 27,584 | $ 75,278 |

### PURCHASER'S ESTIMATED STATEMENT

| Sales Price | | $1,114,000 |
|---|---|---|
| Closing/Prepaid Items | + | $ 27,584 |
| Cost of Acquisition | | $1,141,584 |
| Less Amount Financed/Assum | – | $1,114,000 |
| Total Cash Due | | $ 27,584 |
| Earnest Money Credit | – | $ 500 |
| **ESTIMATED DUE AT CLOSING** | | $ 27,084 |

### ESTIMATED MONTHLY PAYMENTS TO LENDER

| Principal & Interest | $ 5,318.41 |
|---|---|
| Hazard Insurance | $ 487.38 |
| Taxes | $ 534.43 |
| VA / MIP / PMI / Funding Fee | $ 770.52 |
| Flood Insurance | $ - |
| **Estimated Total Payment** | $ 7,110.73 |
| Association Fees Annually/Monthly | |

### SELLER'S ESTIMATED STATEMENT

| Contract Sales Price | | $ 1,114,000 |
|---|---|---|
| Closing & Prepaid Items | – | $ 75,278 |
| **ESTIMATED GROSS (Before Payoffs)** | | $ 1,038,722 |
| Mortgage Payoff | – | $ 838,722 |
| Second Mortgage Payoff | – | $ 200,000 |
| **ESTIMATED NET** | | $ 0 |

Discount Points cannot be guaranteed unless a firm commitment, in writing, is issued by the mortgage company. IN THE EVENT OF AN INTEREST RATE CHANGE, THE DISCOUNT IS SUBJECT TO CHANGE. Existing first & second mortgage payoffs have been furnished by the seller. THE ABOVE FIGURES ARE APPROXIMATE, ARE NOT GUARANTEED AND IN NO WAY AFFECT THE SALES CONTRACT BETWEEN THE PURCHASER AND THE SELLER.

I/We have been informed of and treated in accordance with Federal Fair Housing Laws regarding the sale/purchase of this property.
Prepared by the Real Estate Agency and copy received by  [✓] Purchaser  [✓] Seller on this date:  **Wednesday, June 30, 2021**

Listing/Selling Broker _____     Purchaser/Seller _____

Sales Associate _____     Purchaser/Seller _____

Revised 07-14